Same case below, 337 Fed. Appx. 694.

**No. 09-1112. Betty Madrid, et al., Petitioners v. April Kaiser, et al.**

560 U.S. 905, 130 S. Ct. 3287, 176 L. Ed. 2d 1186, 2010 U.S. LEXIS 3888.

May 17, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

**No. 09-1113. Jeffrey W. Bader, Petitioner v. Lloyd Blankfein, et al.**

560 U.S. 905, 130 S. Ct. 3287, 176 L. Ed. 2d 1186, 2010 U.S. LEXIS 4003.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 356 Fed. Appx. 471.

**No. 09-1114. Alberto-Culver Company, Petitioner v. Sunstar, Inc., et al.**

560 U.S. 906, 130 S. Ct. 3287, 176 L. Ed. 2d 1186, 2010 U.S. LEXIS 3970.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 586 F.3d 487.

**No. 09-1117. Melanie Hughes, Petitioner v. Clayeo C. Arnold, et al.**

560 U.S. 906, 130 S. Ct. 3288, 176 L. Ed. 2d 1186, 2010 U.S. LEXIS 4007.

**No. 09-1118. Curious Theatre Company, et al., Petitioners v. Colorado Department of Public Health and Environment, et al.**

560 U.S. 906, 130 S. Ct. 3288, 176 L. Ed. 2d 1186, 2010 U.S. LEXIS 3998.

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Colorado denied.

Same case below, 220 P.3d 544.

**No. 09-1122. Lance Evans, Petitioner v. Sherry L. Burt, Warden.**

560 U.S. 906, 130 S. Ct. 3291, 176 L. Ed. 2d 1186, 2010 U.S. LEXIS 3939.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-1170. Domingo J. Sepulveda, Petitioner v. State of Nebraska.**

560 U.S. 906, 130 S. Ct. 3293, 176 L. Ed. 2d 1186, 2010 U.S. LEXIS 3904.

May 17, 2010. Petition for writ of certiorari to the Supreme Court of Nebraska denied.

Same case below, 278 Neb. 972, 775 N.W.2d 40.

**No. 09-1171. Leslie Smith, Petitioner v. Psychiatric Solutions, Inc., et al.**

560 U.S. 906, 130 S. Ct. 3293, 176 L. Ed. 2d 1186, 2010 U.S. LEXIS 3962.

May 17, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 358 Fed. Appx. 76.